**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**NORTHERN DISTRICT OF IOWA DIVISION**

In re: OVERLAND, CARLA JANE     § Case No. 14-01341
§
§
Debtor(s)     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Sergeant, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $72,190.00              Assets Exempt: $68,090.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,630.72     Claims Discharged
                                                Without Payment: $22,406.52

Total Expenses of Administration: $2,991.86

3) Total gross receipts of $ 19,622.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,622.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $64,749.00 | $55,208.38 | $55,208.38 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,991.86 | 2,991.86 | 2,991.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,614.00 | 39,037.24 | 39,037.24 | 16,630.72 |
| **TOTAL DISBURSEMENTS** | $102,363.00 | $97,237.48 | $97,237.48 | $19,622.58 |

    4) This case was originally filed under Chapter 7 on August 26, 2014. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2015          By: /s/David A. Sergeant
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Distribution from Uncle's Probate | 1229-000 | 19,622.58 |
| **TOTAL GROSS RECEIPTS** | | **$19,622.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Bank of America, N.A. | 4110-000 | 55,000.00 | 55,208.38 | 55,208.38 | 0.00 |
| NOTFILED | Wells Fargo Bank NA | 4110-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Vacation Village at Parkway | 4110-000 | 5,049.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$64,749.00** | **$55,208.38** | **$55,208.38** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David A. Sergeant | 2100-000 | N/A | 2,712.26 | 2,712.26 | 2,712.26 |
| David A. Sergeant | 2200-000 | N/A | 150.24 | 150.24 | 150.24 |
| Rabobank, N.A. | 2600-000 | N/A | 18.12 | 18.12 | 18.12 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 24.13 | 24.13 | 24.13 |
| Rabobank, N.A. | 2600-000 | N/A | | 27.54 | 27.54 | 27.54 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.78 | 25.78 | 25.78 |
| International Sureties, Ltd. | 2300-000 | N/A | | 8.91 | 8.91 | 8.91 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.88 | 24.88 | 24.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $2,991.86 | $2,991.86 | $2,991.86 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 3,860.00 | 4,057.47 | 4,057.47 | 1,728.57 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 450.00 | 556.30 | 556.30 | 237.00 |
| 3 | Iowa Student Loan | 7100-000 | 23,000.00 | 23,417.18 | 23,417.18 | 9,976.23 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,550.00 | 3,587.07 | 3,587.07 | 1,528.17 |
| 5 | Discover Bank | 7100-000 | 3,668.00 | 3,944.79 | 3,944.79 | 1,680.57 |
| 7 | Wells Fargo Card Services | 7100-000 | 2,660.00 | 2,934.19 | 2,934.19 | 1,250.03 |
| 8 | CAVALRY SPV I, LLC | 7100-000 | 426.00 | 540.24 | 540.24 | 230.15 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,614.00 | $39,037.24 | $39,037.24 | $16,630.72 |

UST Form 101-7-TDR (10/1/2010)

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-01341  
**Case Name:** OVERLAND, CARLA JANE  

**Period Ending:** 08/11/15

**Trustee:** (350280) David A. Sergeant  
**Filed (f) or Converted (c):** 08/26/14 (f)  
**§341(a) Meeting Date:** 09/22/14  
**Claims Bar Date:** 12/24/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1422 N. Jefferson Ave.Mason City, IA legally des<br>Imported from original petition Doc# 1 | 62,400.00 | 0.00 | OA | 0.00 | FA |
| 2 | Vacation Village at Parkway Unit #14406 (Time Sh<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Bank of America checking acct. ending 0933<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household goods and furnishings<br>Imported from original petition Doc# 1 | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | wearing apparel<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | OA | 0.00 | FA |
| 6 | Northwestern Mutual Life Policy no. ending 2195<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | OA | 0.00 | FA |
| 7 | Woodharbor 401k<br>Imported from original petition Doc# 1 | 240.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2000 Cadillac DeVille<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | Distribution from Uncle's Probate  (u)<br>Waiting on completion of probate in state court  (See Footnote) | Unknown | Unknown | | 19,622.58 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$72,190.00** | **$0.00** | | **$19,622.58** | **$0.00** |

RE PROP# 9   Waiting on completion of probate in state court

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 22, 2015        **Current Projected Date Of Final Report (TFR):**   June 10, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-01341  **Trustee:** David A. Sergeant (350280)
**Case Name:** OVERLAND, CARLA JANE  **Bank Name:** Rabobank, N.A.
 **Account:** ******2866 - Checking Account
**Taxpayer ID #:** **-***2846  **Blanket Bond:** $13,150,000.00 (per case limit)
**Period Ending:** 08/11/15  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/08/15 | {9} | Hoversten Johnson Beckmann & Hovey, LLC | Distribution in Uncle Probate | 1229-000 | 18,000.00 | | 18,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.12 | 17,981.88 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.13 | 17,957.75 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 17,930.21 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.78 | 17,904.43 |
| 05/15/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/15/2015 FOR CASE #14-01341 | 2300-000 | | 8.91 | 17,895.52 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.88 | 17,870.64 |
| 06/08/15 | {9} | Hoversten Johnson Beckmann & Hovey, LLP | Distribution in Uncle's Probate | 1229-000 | 1,622.58 | | 19,493.22 |
| 07/07/15 | 102 | David A. Sergeant | Dividend paid 100.00% on $2,712.26, Trustee Compensation; Reference: | 2100-000 | | 2,712.26 | 16,780.96 |
| 07/07/15 | 103 | David A. Sergeant | Dividend paid 100.00% on $150.24, Trustee Expenses; Reference: | 2200-000 | | 150.24 | 16,630.72 |
| 07/07/15 | 104 | Capital One Bank (USA), N.A. | Dividend paid 42.60% on $4,057.47; Claim# 1; Filed: $4,057.47; Reference: | 7100-000 | | 1,728.57 | 14,902.15 |
| 07/07/15 | 105 | Quantum3 Group LLC as agent for | Dividend paid 42.60% on $556.30; Claim# 2; Filed: $556.30; Reference: | 7100-000 | | 237.00 | 14,665.15 |
| 07/07/15 | 106 | Iowa Student Loan | Dividend paid 42.60% on $23,417.18; Claim# 3; Filed: $23,417.18; Reference: | 7100-000 | | 9,976.23 | 4,688.92 |
| 07/07/15 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 42.60% on $3,587.07; Claim# 4; Filed: $3,587.07; Reference: | 7100-000 | | 1,528.17 | 3,160.75 |
| 07/07/15 | 108 | Discover Bank | Dividend paid 42.60% on $3,944.79; Claim# 5; Filed: $3,944.79; Reference: | 7100-000 | | 1,680.57 | 1,480.18 |
| 07/07/15 | 109 | Wells Fargo Card Services | Dividend paid 42.60% on $2,934.19; Claim# 7; Filed: $2,934.19; Reference: | 7100-000 | | 1,250.03 | 230.15 |
| 07/07/15 | 110 | CAVALRY SPV I, LLC | Dividend paid 42.60% on $540.24; Claim# 8; Filed: $540.24; Reference: | 7100-000 | | 230.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,622.58 | 19,622.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,622.58 | 19,622.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,622.58** | **$19,622.58** | |

{} Asset reference(s)  Printed: 08/11/2015 01:49 PM  V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-01341  
**Case Name:** OVERLAND, CARLA JANE  
**Taxpayer ID #:** **-***2846  
**Period Ending:** 08/11/15  

**Trustee:** David A. Sergeant (350280)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $13,150,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | Checking # ******2866 | | 19,622.58 | 19,622.58 | 0.00 |
| | | | | | $19,622.58 | $19,622.58 | $0.00 |

{} Asset reference(s)

Printed: 08/11/2015 01:49 PM    V.13.23